No. 45043.—Protests 785608–G, etc., of Austin Nichols & Co., Inc., et al. (New York).

Opinion by BROWN, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 45044.—Protests 891390–G, etc., of De Boer & Livingston (New York).

Opinion by OLIVER, P. J.   It was stipulated that the atomizers are of the same character as those passed upon in Abstract 44140.   They were accordingly held dutiable as glass articles at 60 percent under paragraph 218(f) as claimed.

No. 45045.—Protests 31234–K, etc., of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the atomizers are of the same character as those passed upon in Abstract 44140.   They were accordingly held dutiable as glass articles at 60 percent under paragraph 218(f) as claimed.

No. 45046.—Protests 926442–G, etc., of Bergdorf & Goodman Co. et al. (New York).

Opinion by OLIVER, P. J.   It was stipulated that the atomizers are of the same character as those passed upon in Abstract 44140.   They were accordingly held dutiable as glass articles at 60 percent under paragraph 218 (f) as claimed.

No. 45047.—Protest 947897–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of squawker balloons and cigarette whistles composed in part of bamboo.   Following Abstracts 40493 and 39509 the claim at 45 percent under paragraph 409 wa sustained as to both these items.

No. 45048.—Protest 980140–G of Berland Shoe Stores (St. Louis).

Opinion by OLIVER, P. J.   It was stipulated that the shoe buckles are the same as those the subject of *American Express Co.* v. *United States* (T. D. 43588). They were therefore held dutiable at 15 cents per hundred plus 20 percent ad valorem under paragraph 346 as claimed.

No. 45049.—Protests 36193–K, etc., of Dan Brechner & Co. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the opera glasses are the same as those the subject of *Woolworth* v. *United States* (2 Cust. Ct. 1, C. D. 74) the claim at 35 percent under paragraph 228 (b) by virtue of T. D. 48316 was sustained.